■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NOEL MARTY, Appellant. [859 NYS2d 369]—Order, Supreme Court, New York County (Bruce Allen, J.), entered on or about August 15, 2007, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Saunders,* 52 AD2d 833 [1976]). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant may apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within 30 days after service of a copy of this order.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice. Concur—Lippman, P.J., Tom, Andrias and Saxe, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ESTEBAN SAVINON, Also Known as ESTEBAN SABINON, Appellant. [861 NYS2d 621]—Judgment, Supreme Court, New York County (William A. Wetzel, J.), rendered June 30, 2005, convicting defendant, upon his plea of guilty, of assault in the first degree, and sentencing him to a term of eight years, unanimously affirmed.

The court properly exercised its discretion in denying defendant's motion to withdraw his plea, without granting a hearing (*see People v Frederick,* 45 NY2d 520 [1978]). The record establishes that the plea was knowing, intelligent and voluntary (*see People v Fiumefreddo,* 82 NY2d 536, 543 [1993]), and the court, which accorded defendant a suitable opportunity to be heard, had sufficient information upon which to conclude that his claims of ineffective assistance were without merit.

We perceive no basis for reducing the sentence. Concur—Lippman, P.J., Tom, Andrias and Saxe, JJ.